NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| BENJAMIN G. PARRISH, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D18-3094 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Joseph C. Fuller, Jr.,
Judge.

PER CURIAM.

Affirmed.  See Edwards v. State, 765 So. 2d 222 (Fla. 2d DCA 2000);

Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378

(Fla. 4th DCA 1999).

KELLY, MORRIS, and SLEET, JJ., Concur.